United States District Court
For the Northern District of California

1

2

3          UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5

6    JACOB JOHN PIPPIN,

7                    Plaintiff,                    No. C 13-4552 EDL (PR)

8          v.                                      **ORDER OF DISMISSAL**

9    STEVEN FOX,

10                   Defendant.
                                          /
11

12          Plaintiff Jacob John Pippin, a California state prisoner proceeding pro se, filed an

13   amended civil rights complaint pursuant to 42 U.S.C. § 1983.  On January 13, 2015, the

14   court issued an order denying defendants' motion to dismiss and mailed a copy to plaintiff.

15   On January 26, 2015, the order was returned as undeliverable because plaintiff was no

16   longer in custody.

17          As of the date of this order, plaintiff has not updated his address with the court or

18   submitted any further pleadings in this case.  Pursuant to Northern District Civil Local Rule

19   3-11, a party proceeding pro se whose address changes while an action is pending must

20   promptly file a notice of change of address specifying the new address.  *See* Civil L.R.

21   3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to

22   the pro se party by the court has been returned to the court as not deliverable, and (2) the

23   court fails to receive within sixty days of this return a written communication from the pro se

24   party indicating a current address.  *See* Civil L.R. 3-11(b).  More than sixty days have now

25   passed since the mail sent to plaintiff by the court was returned as undeliverable.  The

26   court has not received a notice from plaintiff of a new address.

27          Accordingly, the instant complaint is DISMISSED without prejudice.  The clerk of the

28   court shall enter judgment and close the file.

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated: March 31, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.13\Pippin4552.311dis.wpd

2